# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BERNICE VALENTIN,**

      Plaintiff,

  v.

      Case No. 18-CV-440

**NANCY A. BERRYHILL,**
 **Acting Commissioner of Social Security,**

      Defendant.

## ORDER

Bernice Valentin sought judicial review of the denial of her claim for social security disability insurance benefits under the Social Security Act, 42 U.S.C. § 405(g). (Docket # 1.) On September 17, 2018, I remanded the case pursuant to a joint motion. (Docket # 18.) Valentin moves for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket # 20) The Commissioner does not oppose the motion. (Docket # 21.)

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the plaintiff's motion for attorney's fees under the Equal Access to Justice Act (Docket # 22) is granted in the total amount of $1,789.96.

**IT IS FURTHER ORDERED** that these fees are awarded to Valentin and not her attorney, and can be offset to satisfy any pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If counsel for the parties can verify that Valentin owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Valentin's attorney pursuant to the EAJA assignment duly signed by Valentin and counsel.

Dated at Milwaukee, Wisconsin this 7th day of January, 2019.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge